**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6269**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANNY ANTONIO JORDAN, SR.,

Defendant - Appellant.

_____

**No. 05-6288**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRANDI LATOYA JORDAN,

Defendant - Appellant.

_____

Appeals from the United States District Court for the Western District of Virginia, at Lynchburg.   Norman K. Moon, District Judge.  (CR-01-70031-6-001; CR-01-70031-6-002)

_____

Submitted:  June 23, 2005            Decided:  June 29, 2005

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Antonio Jordan, Sr., Brandi LaToya Jordan, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Danny Antonio Jordan, Sr., and Brandi LaToya Jordan appeal the district court's order denying their motion to amend the judgment order entered on November 5, 2003. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Jordan</u>, Nos. CR-01-70031-6-001; CR-01-70031-6-002 (W.D. Va. Jan. 26, 2005). We grant the Government's motion to file its informal brief out of time, grant Brandi Jordan's motion to amend her informal brief, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>